UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           09 CR. 765 (RMB)

  -against-

                                                                           **ORDER**

DEQUAN SNYDER,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Wednesday, October 21, 2020 at 9:00 AM is hereby rescheduled to Thursday, November 5, 2020 at 10:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 7651

Dated: October 15, 2020
       New York, NY

                                                        _____
                                                           RICHARD M. BERMAN
                                                               U.S.D.J.