UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

DEQUAN SNYDER,
     Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**<u>ORDER</u>**

  The telephone status conference previously scheduled for Tuesday, January 26, 2021 at 11:00 AM is hereby rescheduled to 9:00 AM on the same date.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 7651

Dated: January 20, 2021
   New York, NY

               _____
                 RICHARD M. BERMAN
                    U.S.D.J.