# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 1, 2021

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Dequan Snyder, et al.,* **09 Cr. 765 (RMB)**

Dear Judge Berman:

  I am the attorney of record for Dequan Snyder in the above-referenced case, appointed pursuant to the Criminal Justice Act ("CJA"). On November 13, 2018, I was contacted by his Supervised Release Officer regarding Mr. Snyder's Violation of Supervised Release ("VOSR") and subsequently began preparing for his VOSR on that day.

  I respectfully request Your Honor re-appoint me as CJA counsel for Mr. Snyder's VOSR proceedings, with a *nunc pro tunc* date of November 13, 2018.

Application granted.

Very truly yours,

William J. Stampur
William J. Stampur

SO ORDERED:
Date: 6/3/21
Richard M. Berman
Richard M. Berman, U.S.D.J.

WS/Snyder/Ltr to CT/CJA Reappt for VOSR